IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**POLARIS FINANCIAL MANAGEMENT LIMITED**     **PLAINTIFFS**
**and TELLURIS HOLDINGS, LTD.**

**v.**     **No. 3:23-cv-00238-MPM-RP**

**WILLIAM MILTON COX**     **DEFENDANT**

## FINAL JUDGMENT

For the reasons set forth in this Court's Order entered this date, Plaintiffs Polaris Financial Management Limited and Telluris Holdings, Ltd.'s first motion for summary judgment [28] is **GRANTED** in part and **DENIED** in part. Defendant William Milton Cox's motion for summary judgment [40] is **DENIED**. Plaintiffs' second motion for summary judgment [58] is **DISMISSED**. All issues have been decided, and this case is **CLOSED**.

**SO ORDERED AND ADJUDGED** this the 6th day of September, 2024.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI